**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| HUMBERTO GARCIA, | ) | NO. SA CV 11-1511-JAK(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| MARTIN D. BITER, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: March 27, 2012.

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE